# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2478

_____

United States of America

*Plaintiff - Appellee*

v.

Johnathan S. Moser

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 13, 2015
Filed: October 16, 2015
[Unpublished]

_____

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Johnathan Moser directly appeals the sentence that the district court[1] imposed upon revoking his supervised release, arguing that the 18-month sentence, which is

---

[1]The Honorable David Gregory Kays, Chief Judge, United States District Court for the Western District of Missouri.

above the advisory Guidelines range, is substantively unreasonable. Upon careful review, <u>see</u> <u>United States v. Miller</u>, 557 F.3d 910, 915-16 (8th Cir. 2009) (appellate review of revocation sentence), we conclude that the revocation sentence is not unreasonable, as the district court gave sufficient reasons to support the sentence. <u>See</u> <u>United States v. Larison</u>, 432 F.3d 921, 924 (8th Cir. 2006) (affirming statutory maximum revocation sentence where district court justified decision by giving supporting reasons). We grant counsel's motion to withdraw.

The judgment is affirmed.

_____